*Electronically Filed*
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CASE NO. 1:16-cv-00178-GNS

AMENA LeBLANC, *et al.*,     PLAINTIFFS

v.    **CHFS DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT**

ALEDA HAGAN, *et. al.*,     DEFENDANTS

\* \* \* \* \* \* \* \*

Plaintiffs Roy Majors and Amena LeBlanc have filed an unsupported "motion for summary judgment" against certain named defendants that are not yet before the Court because they have not been properly served with process; they have not answered and they have not waived service of process. [Plaintiff's motion, Doc. 27, Page ID # 350-352].

Defendants Cabinet for Health and Family Services ("CHFS"), an agency of the Commonwealth of Kentucky, and its named employees Aleda Hagan and Cindy Branstetter, in their official capacity only (collectively "CHFS Defendants"), respond in opposition to preserve this for the record. Case law clearly establishes it would be improper to grant summary judgment for Plaintiffs against unserved defendants under these facts. See *Miles v. Bottom*, 5:15-CV-126-JMH, 2015 WL 6511262, at \*2 (E.D. Ky. Oct. 28, 2015), denying motion for summary judgment, citing *Robertson v. Railroad Labor Bd.*, 268 U.S. 619, 622 (1925) (a federal court cannot acquire personal jurisdiction over a defendant unless the defendant is properly served with process). "Without such personal service, a district court is without jurisdiction to render judgment against a defendant." *Abel v. Harp*, 122 Fed. Appx. 248, 250 (6th Cir. 2005) (citing *Friedman v. Estate of Presser*, 929 F.2d 1151, 1156 (6th Cir.1991)).

Plaintiffs also have not shown good cause for their failure to accomplish service of process on the unserved defendants within the time limit set forth in Fed. R.Civ.P. 4(m). "Absent

1

a showing of good cause to justify a failure to effect timely service, the Federal Rules of Civil Procedure compel dismissal." *Abel*, 122 Fed. Appx., at 250, quoting *Byrd v. Stone*, 94 F.3d 217, 219 (6th Cir. 1996). "As one court has emphasized, '[m]ere ignorance of the rules, or failure to keep track of dates is not good cause for failure to serve a party on time.'" *Hill v. Lappin*, 09-CV-7-KSF, 2012 WL 2590476, at *3 (E.D. Ky. July 3, 2012), quoting *Scarton v. Charles*, 115 F.R.D. 567, 569 (E.D.Mich.1987) (citing *Reynolds v. United States*, 782 F.2d 837 (9th Cir.1986)). Accordingly, this case is now ripe for submission on all pending defense motions.

                                      Respectfully submitted,

                                      /s/ *D. Brent Irvin*
                                      D. BRENT IRVIN
                                      Cabinet for Health and Family Services
                                      Office of Legal Services
                                      275 East Main Street, 5W-B
                                      Frankfort, KY 40621-0001
                                      (502) 564-7905
                                      Brent.Irvin@ky.gov
                                      *Counsel for CHFS Defendants*

## CERTIFICATE OF SERVICE

     A true and accurate copy of the foregoing Response Memorandum was transmitted on this 7th day of March, 2017 through the federal ECF/PACER filing system to all counsel of record and delivered by first class mail to the following *pro se* parties listed below:

Ms. Amena LeBlanc
504 Granite Ridge Place
Atlanta, GA  30350
*Pro se Plaintiff*

Mr. Roy Majors
504 Granite Ridge Place
Atlanta, GA  30350
*Pro se Plaintiff*                                      /s/ *D. Brent Irvin*